■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v RICARDO RODRIGUEZ, Defendant. [989 NYS2d 611]—Application by the defendant for a writ of error coram nobis seeking leave to

file a late notice of appeal from a judgment of the County Court, Suffolk County, rendered July 10, 2012.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Skelos, J.P., Chambers, Duffy and LaSalle, JJ., concur.